# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 20-cr-32 (RC)** |
| **v.** : | |
| : | |
| **KO CHOL MAN, ET. AL.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, and Assistant United States Attorney Michael P. Grady, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States. Assistant United States Attorney Zia M. Faruqui no longer represents the United States in this matter.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

BY:  /s/ *Michael P. Grady*
MICHAEL P. GRADY
Assistant United States Attorney
D.C. Bar Number 492947
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7649
Email: Michael.grady3@usdoj.gov