Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                    Criminal No.          20-32

KO CHOL MAN, et al                     Category      B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __11/9/2021__ from __Judge Rudolph Contreras__ to __Calendar Committee__ by direction of the Calendar Committee.

(Defendants are Fugitives)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:   Judge Rudolph Contreras       & Courtroom Deputy
      Calendar Committee

      U.S. Attorney's Office – Judiciary Square Building, Room 5133
      Statistical Clerk